IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS,** | : | CIVIL ACTION NO. 1:21-CV-1215 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **H. QUAY, R. THOMPSON,** | : | |
| Respondents | : | |

# ORDER

AND NOW, this 17th day of December, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. Based on the court's conclusion herein, any appeal from this order is deemed frivolous.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania